**BANKERS LIFE AND CASUALTY COMPANY, Plaintiff,**

v.

**Linda K. ENGLAND, Appellant,**

**and**

**Robert E. England, Ronald D. England, Wayne A. England, and Marilyn G. Wise, Respondents.**

**No. WD 59926.**

Missouri Court of Appeals,
Western District.

May 21, 2002.

W. Page Bellamy, Lexington, MO, for Plaintiff.

Richard L. Colbert, Kansas City, MO, for Appellant.

David L. Knight, Columbia, MO, for Respondents.

Before VICTOR C. HOWARD, P.J., EDWIN H. SMITH and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Ms. Linda K. England appeals the judgment of the trial court, which held that she was not a legal beneficiary of the life insurance policy of Mr. Roger Dale England.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).